UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SVB FINANCIAL GROUP,<br>       Debtor.<br><br>SVB FINANCIAL GROUP and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SVB FINANCIAL GROUP,<br>       Appellants,<br><br>    -against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>       Appellee. | 24-CV-6484 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: September 5, 2024
   New York, New York

                SO ORDERED.

                *Jessica Clarke*
                JESSICA G. L. CLARKE
                United States District Judge