**MANDATE**

1:24-cv-06484-JGLC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty-four,

_____

In Re: SVB Financial Group,
   Debtor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SVB Financial Group,

   Debtor-Appellant,

Official Committee of Unsecured Creditors,

   Creditor-Committee Appellant,

v.

Federal Deposit Insurance Corporation ,

   Appellee,

United States Trustee,

   Trustee.

_____

**ORDER**
Docket No. 24-2612

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2024_____

On September 30, 2024, the court opened this appeal in error.

IT IS HEREBY ORDERED that the appeal is administratively closed.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court



MANDATE ISSUED ON 10/22/2024